UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ISIS SHAKIR,

                Plaintiff,

    -against-

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
--------------------------------------------------------------X

**JUDGMENT**
06-CV- 0892 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 13 2006 ★
P.M.
TIME A.M.

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 6, 2006, finding that plaintiff and the defendant U.S. Department of Education report that they have reached a settlement, pursuant to which Ms. Shakir will pay $65/month towards her debt and the Department of Education will remove Ms. Shakir from the Treasury Offset Program; and granting plaintiff's application to withdraw the complaint as against the other defendants; it is

    ORDERED and ADJUDGED that plaintiff and defendant U.S. Department of Education have reached a settlement, pursuant to which Ms. Shakir will pay $65/month towards her debt and the Department of Education will remove Ms. Shakir from the Treasury Offset Program; and that plaintiff's application to withdraw the complaint as against the other defendants is granted.

Dated: Brooklyn, New York
       March 09, 2006

                                 ROBERT C. HEINEMANN
                                 Clerk of Court